

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00214-CR

**IN RE** Steven **ROBLES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: April 17, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On April 8, 2019, relator filed a petition for writ of mandamus asserting the trial court abused its discretion by denying him relief pursuant to Texas Code of Criminal Procedure 11.072. Relator is represented by counsel in an appeal raising the same complaint in appellate cause number 04-19-00118-CR. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

We deny as moot relator's motion for leave to file a petition for writ of mandamus because a motion for leave is not required for a petition filed in an intermediate appellate court. *See* TEX. R. APP. P. 52.1.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2015-CR-1302, styled *Ex Parte Steven Robles*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.